UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *In Re* Subpoena to Plaintiff's Expert, Craig D. Hillman | ) ) ) | Misc. Case No. _____ |
| c/o Akerman LLP Counsel for Plaintiff | ) ) ) | |
| _____ | ) | |
| QBEX COMPUTADORES S.A., | ) ) | Case No.  17-cv-03375-LHK, |
| Plaintiff, | ) ) | United States District Court, Northern District of California |
| v. | ) ) | San Jose Division Judge: Hon. Lucy H. Koh |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION TO QUASH SUBPOENA
TO PLAINTIFF'S EXPERT, FOR RELATED PROTECTIVE ORDER,
OBJECTION TO PRODUCTION OF TANGIBLE THINGS, AND
REQUEST TO TRANSFER MOTION TO THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff, Qbex Computadores S.A. ("Qbex" or "Plaintiff"), on behalf of itself and its expert

Craig D. Hillman, moves the Court, pursuant to Rules 26(c), 45(d)(2)(B), 45(d)(3), and 45(f), of

the Federal Rules of Civil Procedure, for an order quashing the subpoenas issued by Defendant,

Intel Corporation ("Intel" or "Defendant") to Craig D. Hillman ("Dr. Hillman"), for a protective

order regarding same and, alternatively, to transfer this Motion to the Court that issued the

subpoenas, the United States District Court for the Northern District of California, San Jose

Division, Case No. 17-cv-03375-LHK. In support of the Motion, Qbex also files the accompanying

Memorandum of Law and attachments to same.

## <u>STATEMENT OF COMPLIANCE WITH LOCAL RULE 7(M)</u>

Pursuant to LCvR 7(m), the undersigned certifies that counsel for Qbex in the underlying action, *Qbex Computadores S.A. v. Intel Corporation*, Case No. 17-cv-03375-LHK, in United States District Court for the Northern District of California, San Jose Division, conferred with counsel for Intel regarding the subpoenas directed to Dr. Hillman, but that counsel were unable to resolve their differences as they relate to the subpoenas at issue. Counsel for Qbex understands that this Motion will be opposed.

Dated: September 7, 2018

Respectfully submitted,

**AKERMAN LLP**

/s/ John M. Neary
John M. Neary, # 1023573
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Phone: (202) 393-6222
Fax: (202) 393-5959
john.neary@akerman.com
*Counsel for Qbex Computadores S.A.*

**AKERMAN LLP**
Mark Riera
Luis A. Perez
Francisco A. Rodriguez
Sandra J. Millor
Darryl R. Graham
Andrew J. Dominguez
*Counsel for Qbex Computadores
S.A. in Court where Subpoenas Issued*

46315497;2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September 2018, I electronically filed and served the foregoing document using CM/ECF to all parties of record.

/s/ John M. Neary
John M. Neary

46315497;2