UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In Re* Subpoena to Plaintiff's Expert,<br>Craig D. Hillman<br><br>c/o Akerman LLP<br>Counsel for Plaintiff<br><hr>QBEX COMPUTADORES S.A.,<br><br>       Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant.<hr> | Misc. Case No. 1:18-mc-00120<br><br><br><br><br><br>Case No. 17-cv-03375-LHK,<br>United States District Court,<br>Northern District of California<br>San Jose Division<br>Judge: Hon. Lucy H. Koh |

**REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA TO PLAINTIFF'S EXPERT, FOR RELATED PROTECTIVE ORDER, OBJECTION TO PRODUCTION OF TANGIBLE THINGS AND REQUEST TO TRANSFER MOTION TO THE <u>U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>**

Plaintiff Qbex Computadores S.A., ("Qbex" or "Plaintiff") hereby files this reply in response to Intel Corporation's ("Intel" or "Defendant") Opposition ("Opposition") to Qbex's Motion to Quash Subpoena to its Expert, for a related Protective Order and Objection to the Production of Tangible Things. Intel does not oppose Qbex's request to transfer its Motion to the U.S. District Court for the Northern District of California pursuant to Fed. R. Civ. P. 45(f) [DE Nos. 2 & 4] ("Motion to Quash").

The parties are in the process of resolving several of the issues raised in Qbex's Motion to Quash and Intel's Opposition to same and are endeavoring to resolve the remaining issues without Court intervention. Moreover, U.S. Magistrate Judge Susan van Keulen in the U.S. District Court for the Northern District of California has recently heard argument from the parties on related

discovery issues, is aware of the matters raised herein, and understands Qbex is seeking transfer of the Motion to Quash to the U.S. District Court for the Northern District of California.

**WHEREFORE**, Plaintiff, Qbex Computadores, S.A., on behalf of itself and Craig D. Hillman, respectfully request the Court quash the Document Subpoena issued to Mr. Hillman, quash the Deposition Subpoena issued to Mr. Hillman, enter a Protective Order relieving Dr. Hillman from complying with these subpoenas at this time and, alternatively, transfer this Motion to the Court that issued the subpoenas, the United States District Court for the Northern District of California, San Jose Division, Case No.  17-cv-03375-LHK.

Dated: September 18, 2018                    Respectfully submitted,

**AKERMAN LLP**

/s/ John M. Neary
John M. Neary, # 1023573
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Phone: (202) 393-6222
Fax: (202) 393-5959
john.neary@akerman.com
*Counsel for Qbex Computadores S.A.*

**AKERMAN LLP**
Mark Riera
Luis A. Perez
Francisco A. Rodriguez
Sandra J. Millor
Darryl R. Graham
Andrew J. Dominguez
*Counsel for Qbex Computadores*
*S.A. in Court where Subpoenas Issued*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September 2018, I electronically filed and served the foregoing document using CM/ECF to all parties of record.

/s/ John M. Neary
John M. Neary
